9 A.3d 1137

In re the NOVEMBER 3, 2009 ELECTION FOR COUNCIL OF the BOROUGH OF BELLEVUE WARD ONE.

Petition of David Piet.

Supreme Court of Pennsylvania.

Dec. 16, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of December, 2010, the Petition for Allowance of Appeal is hereby **DENIED.** The Petition to Intervene is hereby **DENIED.**